# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00059(1)-ADA |
| | § | |
| (1) FRANCISCO BENJAMIN | § | |
| MORALES-LOPEZ | | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 1, 2025, wherein the defendant (1) FRANCISCO BENJAMIN MORALES-LOPEZ waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) FRANCISCO BENJAMIN MORALES-LOPEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) FRANCISCO BENJAMIN MORALES-LOPEZ's plea of guilty to Count One (1) is accepted.

Signed this 16th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE